UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

JAMES PAROLINE

Criminal No. 16-390 (FLW)

SCHEDULING ORDER

This matter having come before the Court for arraignment; and the United States being represented by Paul J. Fishman, Unites States Attorney for the District of New Jersey (by Molly Lorber, Assistant U.S. Attorney, appearing); and the Defendant being represented by Darren M. Gelber, Esq.) and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions because counsel for the government is on paternity leave until September 19, 2016; and with the consent of both parties; and for good cause shown,

It is on this 30th day of August, 2016, hereby ORDERED that:

1. On or before September 30, 2016, the Government and the Defendant shall take the actions described in paragraphs 2 through 6 of the Court's Standing Order for Criminal Trial Scheduling and Discovery; and

2. A status conference shall be held on October 17, 2016, at 11:00 [a.m./p.m.], in order for the Court to confer with counsel and to enter an appropriate Scheduling Order.

*[signature]*
Honorable Freda L. Wolfson
United States District Judge